SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson, <br>     Plaintiff, <br> vs. <br> Newcomb & Sons, Inc., et al, <br>     Defendants | Case No. **2:11-cv-02299-JAM-EFB** <br><br> **ORDER RE: REQUEST FOR DISMISSAL OF VIRGINIA C. FOWLER** <br><br> Case to Remain Open with Remaining Defendants |

IT IS HEREBY ORDERED THAT Defendant Virginia C. Fowler is hereby dismissed Without Prejudice.  This case is to remain open with remaining Defendants.

Date: 9/30/2011

                                  /s/ John A. Mendez_____
                                  U.S. District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com