SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson, <br><br> Plaintiff, <br><br> vs. <br><br> Newcomb & Sons, Inc., <br><br> Defendants | Case No. **11-cv-02299-JAM-EFB** <br><br> **ORDER RE: REQUEST TO VACATE MOTION FOR DEFAULT JUDGMENT** |

## ORDER

IT IS HEREBY ORDERED that the Motion for Default Judgment filed December 5, 2011, Dckt. No. 13, is WITHDRAWN and that the February 22, 2012 hearing thereon is VACATED.

Dated:  January 11, 2012.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE